```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>SIPPY LAL, et al.,<br><br>     Defendants. | NO. 2:12-MJ-003 EFB<br><br>ORDER<br>UNSEALING COMPLAINT |

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: January 10, 2012

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE