```
BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIPPY LAL, and<br>MAMTA SHARMA<br><br>　　　　Defendants. | CASE NO. 2:12-mj-003 EFB<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING NAMES AND PERSONAL IDENTIFYING INFORMATION |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Lal, et al., stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over discovery in this case subject to this stipulation and associated protective order.

2. Certain of the documents contained in the government's discovery production contain names and personal identifying information of certain defendants and other individuals (hereinafter, the "Protected Material"). Such personal identifying information includes, but is not

1 limited to, surnames, street addresses, telephone numbers,
2 driver's license numbers, social security numbers,
3 financial account numbers, dates of birth, A-file numbers,
4 and any other alphanumeric identifiers attributed to any
5 person. Any pages of discovery that contain no personal
6 identifying information are not subject to this order.

7 3. The Protected Material is now and will forever remain the
8 property of the United States. The Protected Material is
9 entrusted to counsel for each defendant only for purposes
10 of representation in this case.

11 4. Counsel for each defendant shall not give Protected
12 Material or any copy of Protected Material to any person
13 other than counsel's staff, investigator, or retained
14 expert(s). The terms "staff," "investigator," and
15 "expert" shall not be construed to describe any defendant
16 or other person not either regularly employed by counsel
17 or a licensed investigator or expert hired in this case.

18 5. Any person receiving Protected Material or a copy of
19 Protected Material from counsel for any defendant shall be
20 bound by the same obligations as counsel and further may
21 not give the Protected Material to anyone (except that the
22 Protected Material shall be returned to counsel).

23 6. Counsel shall maintain a list of persons to whom any
24 Protected Material, or copies thereof, have been given.
25 Such persons shall be shown a copy of this Stipulation and
26 Order and shall sign a copy of the Stipulation and Order
27 and note that they understand its terms and agree to them.

28 7. The defendants in this case may review the Protected

2

|   |   |   |
|---|---|---|
| 1 |  | Material and be aware of its contents, but shall not be |
| 2 |  | given control of the Protected Material or any copies |
| 3 |  | thereof.  Notwithstanding the foregoing, counsel are |
| 4 |  | permitted to provide each defendant with copies of |
| 5 |  | documents otherwise classifiable as Protected Material so |
| 6 |  | long as counsel completely redact all personal identifying |
| 7 |  | information from those documents prior to providing them |
| 8 |  | to a defendant. |
| 9 | 8. | The foregoing notwithstanding, after the Trial |
| 10 |  | Confirmation Hearing in this case, counsel, staff, and |
| 11 |  | investigator for any defendant who has confirmed for trial |
| 12 |  | may make copies of the Protected Material for trial |
| 13 |  | preparation and presentation.  Any copies must, however, |
| 14 |  | remain in the possession of counsel, staff, investigator, |
| 15 |  | expert or the Court. |

```
                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: January 11, 2012            By:   /s/ Michele Beckwith
                                        MICHELE BECKWITH
                                        PHILIP FERRARI
                                        Assistant U.S. Attorneys

DATE: January 11, 2012                  /s/
                                        MATTHEW SCOBLE
                                        Assistant Federal Defender
                                        Attorney for SIPPY LAL


////
////
////
////
```

3

1 | DATE: January 11, 2012          /s/
2 |                                 CLYDE BLACKMON
                                    Attorney for MAMTA SHARMA

**IT IS SO ORDERED:**

DATED:   January 11, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE