UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 10, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>v. )<br>)<br>SIPPY LAL, )<br>Defendant. )<br>) | Case No. 2:12-mj-00003-EFB<br><br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SIPPY LAL, Case No. 2:12-mj-00003-EFB

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $100,000.00.

   _X_    Unsecured Appearance Bond (Interim)

   _X_    Secured Appearance Bond

   _X_    (Other) Conditions as stated on the record.

   _X_    (Other) Secured bond paperwork to be filed by 01/19/2012.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _1/11/2012_ at _2:40 p.m_.

By _____

Edmund F. Brennan
United States Magistrate Judge