FILED
JAN 18 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   SIPPY LAL

8            IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,    )
                                )   2:12-mj-00003 EFB
13          Plaintiff,           )
                                )
14      v.                       )   STIPULATION AND [PROPOSED] *DAO*
                                )   ORDER TO EXTEND TIME TO POST
15 SIPPY LAL,                    )   SECURED BOND
                                )
16          Defendant.           )
                                )   JUDGE: Hon. Edmund F. Brennan
17 _____)

19      On January 11, 2012, the Honorable Edmund F. Brennan ordered Mr.
20 SIPPY be released on a $100,000 property bond to be secured by the
21 defendant's sister's real property. A notice of agreement to forfeit
22 property was posted with the court on January 11, 2012.  All of the
23 paperwork is still in the process of being completed and signed by the
24 property owner and additional time is needed to have the Deed notarized
25 and recorded with the county recorders office.
26      For the reasons stated above, additional time is needed to received
27 and finalize the Deed of Trust. Accordingly, the parties agree that
28 the deadline for posting the secured bond may be extended one

1  additional week, to January 27, 2012.  This office has contacted
2  Assistant United States Attorney Philip Ferrari and he has no objection
3  to this request.

DATED: January 18, 2012         Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Douglas Beevers
                                Assistant Federal Defender
                                Attorney for Defendant
                                SIPPY LAL

DATED: January 18, 2012         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Douglas Beevers for
                                PHILIP FERRARI
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**

DATED:  January 18, 2012.       _Dale A. Drozd_
                                DALE A. DROZD
                                United States Magistrate Judge

2