BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 12-027 GEB |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| SIPPY LAL, ) | |
| MAMTA SHARMA, and ) | Date: May 25, 2012 |
| RANI RACHANA SINGH-LAL, ) | Time: 9:00 a.m. |
| ) | Hon. Garland E. Burrell, Jr. |
| Defendants. ) | |

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Sippy Lal, Mamta Sharma and Rani Rachana Singh-Lal, through their attorneys, that the status conference hearing set for April 20, 2012, be vacated, and a status conference hearing be set for May 25, 2012 at 9:00 a.m.

This case was recently indicted, and to date the government has produced over 4,000 documents in discovery. The parties stipulate that the ends of justice are served by the Court excluding the time between April 20, 2012, and May 25, 2012, so that counsel may review the discovery and become familiar with the facts of the case. The parties request that time be excluded based upon counsel's need for

-1-

reasonable time to prepare, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: April 18, 2012         /s/ Philip Ferrari for
                              DOUGLAS BEEVERS, ESQ.
                              Attny. for Sippy Lal

DATED: April 18, 2012         /s/ Philip Ferrari for
                              PREETI BAJWA, ESQ.
                              Attny. for Mamta Sharma

DATED: April 18, 2012         /s/ Philip Ferrari for
                              CANDACE FRY, ESQ.
                              Attny. for Rani Rachana Singh-Lal

DATED: April 18, 2012         BENJAMIN WAGNER
                              United States Attorney

                          By: /s/ Philip Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

   IT IS ORDERED that the status conference currently set for April 20, 2012, is vacated, and a new status conference is set for May 25, 2012, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through May 25, 2012, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

   **IT IS SO ORDERED.**

Dated:  April 18, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge