BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       v.                           )<br>                                    )<br>SIPPY LAL,                          )<br>MAMTA SHARMA, and                   )<br>RANI RACHANA SINGH-LAL,             )<br>                                    )<br>            Defendants.             )<br>_____) | CR. No. S 12-027 GEB<br><br>STIPULATION AND ORDER<br><br><br><br>Date: June 8, 2012<br>Time: 9:00 a.m.<br>Hon.  Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Sippy Lal, Mamta Sharma and Rani Rachana Singh-Lal, through their attorneys, that the status conference hearing set for May 25, 2012, be vacated, and a status conference hearing be set for June 8, 2012 at 9:00 a.m.

This case was recently indicted, and to date the government has produced over 4,000 documents in discovery. The parties stipulate that the ends of justice are served by the Court excluding the time between May 25, 2012, and June 8, 2012, so that counsel may review the discovery and become familiar with the facts of the case. The parties request that time be excluded based upon counsel's need for

reasonable time to prepare, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: May 23, 2012  /s/ Philip Ferrari for
DOUGLAS BEEVERS, ESQ.
Attny. for Sippy Lal

DATED: May 22, 2012  /s/ Philip Ferrari for
PREETI BAJWA, ESQ.
Attny. for Mamta Sharma

DATED: May 22, 2012  /s/ Philip Ferrari for
CANDACE FRY, ESQ.
Attny. for Rani Rachana Singh-Lal

DATED: May 22, 2012  BENJAMIN WAGNER
United States Attorney

By: /s/ Philip Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for May 25, 2012, is vacated, and a new status conference is set for June 8, 2012, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through June 8, 2012, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:  May 23, 2012

GARLAND E. BURRELL, JR.
United States District Judge

-2-