```
BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S 12-027 GEB |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| SIPPY LAL, and RANI RACHANA SINGH-LAL, | Date: August 3, 2012 Time: 9:00 a.m. |
| Defendants. | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Sippy Lal and Rani Rachana Singh-Lal, through their attorneys, that the status conference hearing set for June 22, 2012, be vacated, and a status conference hearing be set for August 3, 2012 at 9:00 a.m.

To date the government has produced over 4,300 documents in discovery. In addition, the parties are actively engaged in negotiating potential resolutions, and researching the applicability of particular Guideline provisions. Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between June 22, 2012, and August 3, 2012. The parties

request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: June 21, 2012          /s/ Philip Ferrari for
                              DOUGLAS BEEVERS, ESQ.
                              Attny. for Sippy Lal

DATED: June 21, 2012          /s/ Philip Ferrari for
                              CANDACE FRY, ESQ.
                              Attny. for Rani Rachana Singh-Lal

DATED: June 21, 2012          BENJAMIN WAGNER
                              United States Attorney

                         By: /s/ Philip Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

   IT IS ORDERED that the status conference currently set for June 22, 2012, is vacated, and a new status conference is set for August 3, 2012, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through August 3, 2012, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

   **IT IS SO ORDERED.**

Dated:  June 22, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-