1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   SIPPY LAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-cr-00027 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
|  | ) | TO CONTINUE STATUS CONFERENCE |
| SIPPY LAL, | ) | |
| Defendant. | ) | DATE: September 28, 2012 |
|  | ) | TIME: 9:00 a.m. |
|  | ) | JUDGE: Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorney, Philip Ferrari, and defendant Sippy Lal , through his attorney,  Douglas Beevers, that the status conference hearing set for September 21, 2012, be vacated, and a status conference hearing be set for September 28, 2012 at 9:00 a.m.

To date the government has produced over 4,300 documents in discovery. In addition, the parties are actively engaged in negotiating potential resolutions, and researching the applicability of particular Guideline provisions.  Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between September 21, 2012, and September 28, 2012. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. §3161 (h)(7)(B)(iv) (local Code T4).

/ / /

| | |
|---|---|
| Dated: September 20, 2012 | Respectfully submitted,<br><br>DANIEL BRODERICK<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>SIPPY LAL |
| Dated: September 20, 2012 | BENJAMIN WAGNER<br>United States Attorney<br><br>*/s/ Philip Ferrari*<br>Philip Ferrari<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

### ORDER

**IT IS ORDERED** that the status conference currently set for September 21, 2012, is vacated, and a new status conference is set for September 28, 2012, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C.§ 3161 (h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through September 28, 2012, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

Dated: September 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge