BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 12-027 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| SIPPY LAL, | ) | |
| | ) | Date: February 8, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Sippy Lal, through his attorney, that the status conference hearing set for December 7, 2012, be vacated, and a status conference hearing be set for February 8, 2013 at 9:00 a.m.

To date the government has produced over 4,300 documents in discovery. In addition, Mr. Lal recently retained new counsel in this matter. Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between December 7, 2012, and February 8, 2013. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. §

3161(h)(7)(B)(iv) (local Code T4).

DATED: December 5, 2012          /s/ Philip Ferrari for
                                 MARK AXUP, ESQ.
                                 Attny. for Sippy Lal

DATED: December 5, 2012          BENJAMIN WAGNER
                                 United States Attorney

                            By: /s/ Philip Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney

   IT IS ORDERED that the status conference currently set for December 7, 2012, is vacated, and a new status conference is set for February 8, 2013, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through February 8, 2013, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

   **IT IS SO ORDERED.**

Dated:  December 5, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge