BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 12-027 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| SIPPY LAL, ) | |
| ) | Date: February 22, 2013 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Sippy Lal, through his attorney, that the status conference hearing set for February 8, 2013, be vacated, and a status conference hearing be set for February 22, 2013 at 9:00 a.m.

Mr. Lal recently retained new counsel in this matter who needs to become familiar with the facts of the case and the more than 4,300 documents produced in discovery. In addition, the parties are actively seeking resolution of this matter. Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between February 8, 2013, and February 22, 2013. The parties request that time be excluded based upon counsel's need

-1-

for reasonable time to prepare, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: February 5, 2013      /s/ Philip Ferrari for
                             MARK AXUP, ESQ.
                             Attny. for Sippy Lal

DATED: February 5, 2013      BENJAMIN WAGNER
                             United States Attorney

                        By: /s/ Philip Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney

   IT IS ORDERED that the status conference currently set for February 8, 2013, is vacated, and a new status conference is set for February 22, 2013, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through February 22, 2013, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

   **IT IS SO ORDERED**.

Dated:  February 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge