BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 12-027 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| SIPPY LAL, ) | |
| ) | Date: March 29, 2013 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Sippy Lal, through his attorney, that the status conference hearing set for February 22, 2013, be vacated, and a status conference hearing be set for March 29, 2013 at 9:00 a.m.

Mr. Lal's new counsel needs additional time to become familiar with the case and the parties are actively seeking resolution of this matter. Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between February 22, 2013, and March 29, 2013. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. §

-1-

3161(h)(7)(B)(iv) (local Code T4).

DATED: February 20, 2013          /s/ Philip Ferrari for
                                  MARK AXUP, ESQ.
                                  Attny. for Sippy Lal

DATED: February 20, 2013          BENJAMIN WAGNER
                                  United States Attorney

                              By: /s/ Philip Ferrari
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney

    IT IS ORDERED that the status conference currently set for February 22, 2013, is vacated, and a new status conference is set for March 29, 2013, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through March 29, 2013, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

    **IT IS SO ORDERED.**

Dated:  February 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge