BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 12-027 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| SIPPY LAL, | ) | |
| | ) | Date: August 9, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Sippy Lal, through his attorney, that the status conference hearing set for May 3, 2013, be vacated, and a status conference hearing be set for August 9, 2013 at 9:00 a.m.

The discovery associated with this case includes investigative reports and related documents and includes in excess of 4,300 pages. Counsel for defendant desires additional time to consult with his client who is recovering from heart surgery and is unable to attend the current date set for conference, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential

-1-

1  resolutions with his client, to prepare pretrial motions, and to
2  otherwise prepare for trial, if necessary.  In addition, the parties
3  are actively seeking resolution of this matter.  Accordingly, the
4  parties stipulate that the ends of justice are served by the Court
5  excluding the time between May 3, 2013, and August 9, 2013.  The
6  parties request that time be excluded based upon counsel's need for
7  reasonable time to prepare, taking into account the exercise of due
8  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: May 2, 2013           /s/ Philip Ferrari for
                             MARK AXUP, ESQ.
                             Attny. for Sippy Lal

DATED: May 2, 2013           BENJAMIN WAGNER
                             United States Attorney

                         By: /s/ Philip Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney

    IT IS ORDERED that the status conference currently set for May 3, 2013, is vacated, and a new status conference is set for August 9, 2013, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through August 9, 2013, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///

1   **IT IS SO ORDERED.**

2   Dated:  May 2, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge