BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 12-027 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| SIPPY LAL, ) | |
| ) | Date: September 27, 2013 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Sippy Lal, through his attorney, that the status conference hearing set for August 9, 2013, be vacated, and a status conference hearing be set for September 27, 2013 at 9:00 a.m.

The discovery associated with this case includes investigative reports and related documents and includes in excess of 4,300 pages. Counsel for defendant desires additional time to consult with his client who continues to recover from heart surgery, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial, if necessary.

-1-

In addition, the parties are actively seeking resolution of this matter. Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between August 9, 2013, and September 27, 2013. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: August 7, 2013    /s/ Philip Ferrari for
MARK AXUP, ESQ.
Attny. for Sippy Lal

DATED: August 7, 2013    BENJAMIN WAGNER
United States Attorney

By: /s/ Philip Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for August 9, 2013, is vacated, and a new status conference is set for September 27, 2013, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through September 27, 2013, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: August 14, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge