1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  CR S 12-0027 GEB

12                      Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                        [PROPOSED] FINDINGS AND ORDER

14 SIPPY LAL,                             DATE: February 7, 2014
                                          TIME: 9:00 a.m.
15                      Defendant.        COURT: Hon. Garland E. Burrell, Jr.

16

17                          **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on February 7, 2014.

21       2.      By this stipulation, defendant now moves to continue the status conference until March 7,

22  2014, and to exclude time between February 7, 2014, and March 7, 2014, under Local Code T4.

23       3.      The parties agree and stipulate, and request that the Court find the following:

24               a)      The government has represented that the discovery associated with this case

25  includes excess of 4,300 pages.

26               b)      Counsel for defendant desires additional time Counsel for defendant desires

27  additional time to consult with his client, to conduct investigation and research related to the

28  charges, to review and copy discovery for this matter, to discuss potential resolutions with his

1    client, and to otherwise prepare for trial, if necessary.  In addition, the parties continue to actively

2    seek resolution of this matter.

3         c)    The government does not object to the continuance.

4         d)    Based on the above-stated findings, the ends of justice served by continuing the

5    case as requested outweigh the interest of the public and the defendant in a trial within the

6    original date prescribed by the Speedy Trial Act.

7         e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

8    et seq., within which trial must commence, the time period of February 7, 2014 to March 7,

9    2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

10   T4] because it results from a continuance granted by the Court at defendant's request on the basis

11   of the Court's finding that the ends of justice served by taking such action outweigh the best

12   interest of the public and the defendant in a speedy trial.

13        4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

14   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

15   must commence.

16        IT IS SO STIPULATED.

17

18

19   Dated:  February 5, 2014                    BENJAMIN B. WAGNER
                                                 United States Attorney
20

21                                              /s/ PHILIP FERRARI
                                                PHILIP FERRARI
22                                              Assistant United States Attorney

23

24   Dated:  February 5, 2014                    /s/ Philip Ferrari for
                                                 MARK AXUP, ESQ.
25                                               Counsel for Defendant
                                                 SIPPY LAL
26

27

28

1

**[PROPOSED] FINDINGS AND ORDER**

2

IT IS SO FOUND AND ORDERED.

3

Dated:  February 10, 2014

4

5

_____
6

GARLAND E. BURRELL, JR.
Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28