BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 12-0027 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| SIPPY LAL, | DATE: April 4, 2014 |
| Defendant. | TIME: 9:00 a.m. |
|  | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 4, 2014.

2. By this stipulation, defendant now moves to continue the status conference until May 23, 2014, and to exclude time between April 4, 2014, and May 23, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes excess of 4,300 pages.

   b) Counsel for defendant desires additional time Counsel for defendant desires additional time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his

client, and to otherwise prepare for trial, if necessary. In addition, the parties continue to actively seek resolution of this matter.

  c) The government does not object to the continuance.

  d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 4, 2014 to May 23, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 2, 2014         BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ PHILIP FERRARI
                 PHILIP FERRARI
                 Assistant United States Attorney

Dated: April 2, 2014         /s/ Philip Ferrari for
                 MARK AXUP, ESQ.
                 Counsel for Defendant
                 SIPPY LAL

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 3, 2014

*[Signature]*
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3