1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           CASE NO. CR S 12-0027 GEB

12                  Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
13         v.                          [PROPOSED] FINDINGS AND ORDER

14 SIPPY LAL,                          DATE: May 23, 2014
                                       TIME: 9:00 a.m.
15                  Defendant.         COURT: Hon. Garland E. Burrell, Jr.

16

17                               **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter was set for status on May 23, 2014.

21     2.   By this stipulation, defendant now moves to continue the status conference until June 27,

22 2014, and to exclude time between May 23, 2014, and June 27, 2014, under Local Code T4.

23     3.   The parties agree and stipulate, and request that the Court find the following:

24          a)   The government has represented that the discovery associated with this case

25     includes excess of 4,300 pages.

26          b)   Counsel for defendant desires additional time Counsel for defendant desires

27     additional time to consult with his client, to conduct investigation and research related to the

28     charges, to review and copy discovery for this matter, to discuss potential resolutions with his

client, and to otherwise prepare for trial, if necessary.  In addition, the parties continue to actively seek resolution of this matter.

        c)        The government does not object to the continuance.

        d)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 23, 2014 to June 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 21, 2014         BENJAMIN B. WAGNER
        United States Attorney

        /s/ PHILIP FERRARI
        PHILIP FERRARI
        Assistant United States Attorney

Dated:  May 21, 2014         /s/ Philip Ferrari for
        MARK AXUP, ESQ.
        Counsel for Defendant
        SIPPY LAL

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3