BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SIPPY LAL,<br><br>    Defendant. | CASE NO. 2:12-CR-0027 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 22, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 22, 2014.

2. By this stipulation, defendant now moves to continue the status conference until October 3, 2014, and to exclude time between August 22, 2014, and October 3, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, voluminous immigration records, and several boxes of materials obtained from a search warrant. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with his client, to conduct

1  research related to the charges, and to otherwise prepare for disposition of this case, including

2  trial, if necessary.  The parties continue to actively seek resolution of this matter.

3   c) Counsel for defendant believes that failure to grant the above-requested

4  continuance would deny him/her the reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence and the availability of counsel.

6   d) The government does not object to the continuance.

7   e) Based on the above-stated findings, the ends of justice served by continuing the

8  case as requested outweigh the interest of the public and the defendant in a trial within the

9  original date prescribed by the Speedy Trial Act.

10   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of August 22, 2014 to October 3,

12  2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13  T4] because it results from a continuance granted by the Court at defendant's request on the basis

14  of the Court's finding that the ends of justice served by taking such action outweigh the best

15  interest of the public and the defendant in a speedy trial.

16   4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

17  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18  must commence.

19   IT IS SO STIPULATED.

20

21  Dated:  August 21, 2014                                         BENJAMIN B. WAGNER
                                                                    United States Attorney

22

23                                                                   /s/ MICHELE BECKWITH
                                                                    MICHELE BECKWITH
                                                                    Assistant United States Attorney
24

25

26  Dated:  August 21, 2014                                          /s/ Michele Beckwith for
                                                                     MARK AXUP
27                                                                   Counsel for Defendant
                                                                     SIPPY LAL
28

STIPULATION REGARDING EXCLUDABLE TIME                        2
PERIODS UNDER SPEEDY TRIAL ACT

1
2
3                    **[PROPOSED] FINDINGS AND ORDER**
4        IT IS SO FOUND AND ORDERED.
5   Dated:  August 21, 2014
6
7                                          _____
8                                          GARLAND E. BURRELL, JR.
                                           Senior United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28