MARK S. AXUP (SBN 112876)
**LAW OFFICES OF MARK S. AXUP**
Attorneys at Law
1012 19th Street
Sacramento, California 95811

Telephone No.  (916) 442-4224

Attorney for Defendant Sippy Lal

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br>SIPPY LAL,<br>            Defendant. | CASE NO. **CRS-12-0027-GEB**<br><br>**STIPULATION AND ORDER**<br><br>Date: April 24, 2015<br>Time: 9:00 a.m.<br>Hon. Garland E. Burrell |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgement and sentencing on April 24, 2015.

2. By this stipulation, defendant now moves to continue the judgment and sentencing until May 8, 2015, and to exclude time between April 24, 2015, and May 8, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time to consult with his client, to

1

review the current charges, to conduct investigation and research related to the sentencing with his client, to otherwise prepare for the hearing.

    b.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.    The government does not object to the continuance.

    d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2015, and May 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), and Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

DATED: April 22, 2015        /s/ Mark S. Axup for
                                       MARK AXUP, ESQ.
                                         Attny. for Sippy Lal

DATED: April 22, 2015

BENJAMIN WAGNER
United States Attorney
By: /s/ Mark S. Axup for
Michele Beckwith
Assistant U.S. Attorney

**<u>ORDER</u>**

**IT IS SO FOUND AND ORDERED.**

**Dated:  April 24, 2015**

**GARLAND E. BURRELL, JR.
Senior United States District Judge**