UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

   v.

SIPPY LAL,

         Defendant.

No. 2:12-cr-00027-GEB

**ORDER**

       Defendant Sippy Lal was released on a $100,000 appearance bond secured by his sister's real property. Judgment was entered in this case on May 20, 2015, and Defendant subsequently self-surrendered. Therefore, the Clerk shall reconvey the real property posted on January 26, 2012, in Case No. 2:12-mj-00003-EFB back to the property owners. (See Docket Nos. 20 and 21 in Case No. 2:12-mj-00003-EFB.)

Dated:  September 2, 2015

                             GARLAND E. BURRELL, JR.
                             Senior United States District Judge

1