UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.     RE: **Sippy Lal**
Senior United States District Judge         **Docket Number: 0972 2:12CR00027-001**
Sacramento, California                                    **PERMISSION TO TRAVEL**
                                                                               **OUTSIDE THE COUNTRY**

Your Honor:

Sippy Lal is requesting permission to travel to India. Sippy Lal is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 24, 2015, Sippy Lal was sentenced for the offenses of 8 USC 1324(a)(1)(A)(iv); 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i), Conspiracy to Encourage and Induce Aliens to Illegally Enter and Reside in the United States for Private Financial Gain (Class C Felony).

**Sentence Imposed:** 24 months custody of the Bureau of Prisons; 36 months Supervised Release; and $100 Special assessment (Paid).

**Dates and Mode of Travel:** Travel dates: October 1, 2017, through November 1, 2017. Travel reservations will be made upon Court approval.

**Purpose:** To visit wife and family.

**RE:    Sippy Lal
         Docket Number:  0972 2:12CR00027-001
         <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

                                    Respectfully submitted,

                                    /s/  Tim Mechem

                                  Tim D. Mechem
                         Supervising United States Probation Officer

Dated:   August 23, 2017
         Fresno, California
         TDM/rmv


**REVIEWED BY:**        /s/ Brian J. Bedrosian
                              **Brian J. Bedrosian**
                              **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

   ☒ Approved    ☐ Disapproved

   Dated:  August 28, 2017

                                                   _____
                                                   GARLAND E. BURRELL, JR.
                                                   Senior United States District Judge